IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WELLEM MARCH PAULUS,
*et al.*

    Plaintiffs,

v.

RIGSTAFF TEXAS LLC,
*et al.*

    Defendants.
_____

Civil Action No.

1:08-cv-1104 (BDB)

**OPPOSED MOTION FOR
CONDITIONAL "COLLECTIVE ACTION" CERTIFICATION
UNDER THE FAIR LABOR STANDARDS ACT**

NOW come Plaintiffs Wellem March Paulus and Zainal Tampubulon who move this Court to conditionally certify this action as a collective action under the Fair Labor Standards Act (FLSA), 29 U.S.C. § 216(b), on behalf of the following class:

> All persons who worked for Schlumberger Technology Corp. under H-2B visas that were issued to the RigStaff Defendants.

Plaintiffs also seek an order authorizing Plaintiffs to issue notice to the class members informing them of their right to join this action. A proposed notice is attached to this motion as Exhibit 6. To facilitate notice, Plaintiffs also seek an order compelling Defendants to provide Plaintiffs with their contact information for the class members.

Plaintiffs support this motion with the evidence attached as Exhibits 1 through 6, and with the authorities cited in their attached brief in support of this motion. These documents show that all class members are similarly situated with respect to the FLSA violations at issue, namely Defendants' written decision to pay H-2B workers day rates and not to pay them for overtime.

Respectfully submitted,

<pre>      /s/                        </pre>
Jerome Wesevich
D.N.M. Federal Bar No. 0650
Equal Justice Center
1004 Summit Dr., NE
Albuquerque, New Mexico 87106
Telephone: 505-265-9430
Email: jerry@equaljusticecenter.org

William H. Beardall, Jr.
Texas Bar No. 20282300
Equal Justice Center
Transnational Worker Rights Clinic
510 Congress Ave.  Suite #206
Austin, Texas 78704
Telephone: (512) 474-0007
Fax: (512) 474-0008
Email: bill@equaljusticecenter.org

Edward Tuddenham
Texas Bar No. 20282300
228 W. 137th St.
New York, New York 10030
Telephone: 212-281-6660
Email: etudden@io.com

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I certify that on this 8th day of April, 2009 I used the court's CM/ECF system to file, and provided by email a true and correct copy of the foregoing document with all attachments to the following counsel of record for all defendants as follows:

    Nitin Sud    Nsud@littler.com
    Ben Banta    bhb@kullmanlaw.com
    Michael Hudson msh@kullmanlaw.com
    Dan Dolan    dan@lobo.net

<pre>      /s/                        </pre>
Jerome Wesevich