# Exhibit 2

Subj:       **Frac-Hands**
Date:       7/26/2005 3:38:25 A.M. Central Standard Time
From:       HCAINDOUSA@aol.com
To:         DWhite1498@aol.com, doug@rigstaff.com, joe@rigstaff.com, joe@nikausa.com

Dear Doug:

The Frac-Hands crews are ready. I agree with you as the questions now about the salary and travel. You've stated in early May the "Frac-Hand" may earn more per-day than they could earn as "Driller" due to the U.S Labor Laws. Our contract with both the Agents for "Driller" $110 p/day. This has caused our agents a bit confusion. If we are going to keep their wages not more than $70 or less, do you think we would not having a problem with the U.S Labor Laws? Nonetheless, we'll still be able to recruit them with $50-$70 wage-range providing we are not violating the U.S Labor Law. We can then recruit the crews having physical strength and stamina only such as Mechanics, Derrickmen, Asst Drillers, etc.

As for travel, I would suggest to keep them on the 9-month contract if the visa requirement fall under H2B (Temporary Worker) with 56/28 shift schedules. We can give them airline ticket to return home after the completion of 9 months service, instead of flying them out every time their 56 days on the field. By saving the cost of travel, we can increase their wage-scale above the minimum wages required by the Law, or above $70 range.

Anyway, let talk about it tomorrow Tuesday, July 26 at around Noon Pacific or 2:00pm your time. Please call me at my landline (909) 923-9105 instead of Cell.

Oscar
7/25/05

RIGSTAFF 0399
[PAULUS]

Subj:    **Re: Frac-Hands**
Date:    7/26/2005 7:47:27 A.M. Central Standard Time
From:    DWhite1498@aol.com
To:      HCAINDOUSA@aol.com, doug@rigstaff.com, joe@rigstaff.com, joe@nikausa.com

I have a meeting at 1:30 (Houston), 11:30 LA on the north side of Houston with a client (Nabors). I won't be able to call before about 3:00 or so Houston time.

Initially, I thought we could pay driller wages and make a profit. The clients wage base for the work is much lower than I had thought and less than rig crews. For us, you and the agents to make any money (considering flights, lawyers, and insurance) we have to keep the take home wages less than a driller. The longer then are willing to stay without going home, the higher the daily wages will be because of cost recovery. I will work out a table to show you. If they work 56 days on and 28 days off, $70 is about all we can pay the crew member and make any money.

Had this been a rig crew, we would have been alright and could pay more daily wages.

We need to discuss plane tickets and how they are paid. We will pay for the plane tickets here, but we need to get the agents to actually "pay" for the tickets and we reimburse.

Let's talk soon

Doug White
RigStaff

713-554-4860 (office)
713-515-7540 (cell)

Tuesday, July 26, 2005 America Online: DWhite1498

RIGSTAFF 0400
[PAULUS]

Subj:    **Minutes from September 8, 2005 Meeting**
Date:    9/13/2005 4:39:15 P.M. Central Standard Time
From:    DWhite1498@aol.com
To:      rKeese@denver.oilfield.slb.com, WFinger@sugar-land.oilfield.slb.com
CC:      pvacas@farmington.oilfield.slb.com, amaynard@sugar-land.oilfield.slb.com,
         kirksey1@houston.oilfield.slb.com, mmerman@sugar-land.oilfield.slb.com, craig@rigstaff.com,
         Doug@RigStaff.com

At approximately 10:30, a conference call was initiated with the following contributors:

Wayne Finger
Allan Maynard
Patricio Vacas (and other from Farmington)
Doug White (RigStaff)

The following is the key points taken from the meeting (please contribute other issues I may have missed):

The Indonesian Frac Crews coming to the USA for work should have English Speaking as the number one priority (for driving tests) and work experience/skills as a second priority.

The Department of Homeland Security clearance on the workers will not be available to Schlumberger, but the input data for the search was delivered to Wayne at the meeting to allow Schlumberger to commence their internal checks on the workers.

Patricio advised that he now has housing available for 20 men in Farmington at any one time. A discussion transpired that several of the men with CTU/Nitrogen experience may be shifted to Wyoming.
  -Schlumberger to provide the men with US$225 per month for subsistence allowance.
  -Doug advised that is this occurs, their "residence" should be listed as Farmington for work permit purposes.

Additionally, some of the men were identified as qualified mechanics that may allow their use in the shop maintaining equipment rather than on location assembling a frac spread.
  -Doug again advised that the CTU and Mechanics technically are a different classification of job and we may be forced to pay the workers a higher wage to assure the "prevailing wage" is consistent with DOL rules.

Doug is to look into the process of obtaining Social Security Numbers (required for payroll and driving licenses).

Kellyville (Tulsa area) will be the first work location for the men as they go through training and orientation. This was also determined to be the best place for them to obtain the CDL (Oklahoma versus New Mexico) and another reason to quickly obtain the SSN.

Generally, the plan will be to send 20 men to Farmington for work, 5 to Rock Springs, and then have the remaining 15 come for scattered relief over the next year. As all men will be entitled to work, and if demands are such, they could all be working in the USA at the same time if there is space for them to sleep and plenty of work.

Doug will travel to Farmington prior to October 7 (Patricio's vacation) to spend time with Schlumberger's clients, specifically COP and BP. Patricio will provide names of the individuals that normally contact Schlumberger in planning and implementing frac jobs and stimulations.

Wayne will provide Doug with what is required in a normal medical and this will be conducted in Jakarta. Schlumberger will conduct drug screens.

If you can think of any items omitted, please let me know.

Thank you.

Doug White
RigStaff

Wednesday, September 14, 2005 America Online: DWhite1498

RIGSTAFF 0404
[PAULUS]

| | |
|---|---|
| Subj: | **Re: Frac Hands: Job Descriptions** |
| Date: | 6/1/2005 4:16:33 P.M. Central Standard Time |
| From: | WFinger@sugar-land.oilfield.slb.com |
| To: | DWhite1498@aol.com |
| CC: | joe@rigstaff.com |

Doug:

Here are the job descriptions for our positions:

Equipment Operator (non-exempt, G92-96, $19,800-27,000/yr plus overtime)
Service Supervisor (exempt, G9-11, $38,000-60,000/yr plus bonus)
Mechanic (non-exempt, G94-97, $24,000-35,000/yr plus overtime)

I am still waiting on the numbers and should have an idea this week

Wayne

At 03:02 PM 5/26/2005, DWhite1498@aol.com wrote:

> Wayne,
>
> By the way, I also found your old card from when you were based in Sugar Land.  Since Nigeria, we also met at the Fort Bend Education Foundation Gala (guests of Foret).
>
> Anyway, we have spoken with our lawyers and they are developing all the specific steps to follow getting the jobs defined and submission to the Department of Labor.  The first thing we need from Schlumberger is the job descriptions as you have them defined today.  After discussions with our lawyer, we may modify them slightly, with your approval, to better match the format used by the Department of Labor.
>
> The wage ranges for the positions will be a useful bit of information also.
>
> Our agents in Jakarta and Bombay are compiling candidate lists as we speak and we should have something to show you in a few days.
>
> I will keep you advised of the steps.
>
> Following your discussion with the General Manager in OKC and determination of the prevailing wages, we will start working wage costs to Schlumberger that is fully burdened.  I think you will be pleased with these costs.  If everything is then ok, we can start developing a contract (like a master service contract) that will function on a call out basis for labor at pre-determined services.
>
> Thank you for your consideration.  I will be in touch.
>
> Doug White
> RigStaff
>
> 713-554-4860 (office)
> 713-515-7540 (cell)

_/_/_/_/_/_/_/_/_/_/_/_/

Wayne S. Finger
*Personnel Manager*
USL-Sugar Land

Wednesday, June 01, 2005 America Online: DWhite1498

RIGSTAFF 0412
[PAULUS]