Exhibit 3

# Status of Frac Hands

| From: | DWhite1498@aol.com |
|---|---|
| To: | WFinger@sugar-land.oilfield.slb.com, DConkle@oklahoma-city.oilfield.slb.com |
| Subject: | Status of Frac Hands |
| Sent: | Wed, 08 Jun 2005 17:44:35 -0400 (EDT) |

We are communicating with our lawyers and should have the prevailing wage determination any day. I see no problems at this time. I think we can keep the cost to Schlumberger well within the current ranges, or below, what you are paying for US employees.

I have been working on projected costs for the project and think the best solution will be to work people in your operations on a 56/28 type rotation. This will minimize the travel cost and keep your costs for this service under control. The initial rotation would have two thirds of the folks coming (which would be the number of positions required for the service). One third would go home after 28 days upon being relieved by the final third of the crews. From that point on, you would have a steady rotation of 56 days on and 28 days off.

At this time, we are looking at a number of high quality personnel for the equipment operators and individuals like rig contractor drillers as candidates for the service supervisors. The supervisors will be experienced oilfield workers that are used to rigging up and testing equipment on drilling and workover rigs. They may not initially be used to your pumps or blenders, but may be in the best position to learn this quickly for at least the rig-up phase of a frac job. Once these guys get their social security numbers, they will be able to take the driving test for moving your equipment. We have insisted that several of the candidates be used to driving heavy rigs and are good enough in English to take a driving test. Additionally, we are sourcing a number of oilfield/drilling contractor mechanics that can work on diesels and pumps as a minimum.

As we discussed, this would be a contract service and thus no overtime. If the men could get a little down time every now and then (a Sunday afternoon for example) this rotation schedule will allow cost effective use of travel and keep the men fresh.

I should have resumes shortly and will get them to you for review. Please let me know if you have any questions.

Doug White
RigStaff

713-554-4860 (office)
713-515-7540 (cell)

| Return-path: | <DWhite1498@aol.com> |
|---|---|
| Received: | from conversion-daemon.namems03v.scc-be.ndc.com by namems03v.scc-be.ndc.com (iPlanet Messaging Server 5.2 HotFix 1.21 (built Sep 8 2003)) id <0IHS00701C0N98@namems03v.scc-be.ndc.com> (original mail from DWhite1498@aol.com) for WFinger@sugar-land.oilfield.slb.com; Wed, 08 Jun 2005 21:46:33 +0000 (GMT) |
| Received: | from mms02be.scc-be.ndc.com (mms02be.scc-be.ndc.com [192.168.251.12]) by namems03v.scc-be.ndc.com (iPlanet Messaging Server 5.2 HotFix 1.21 (built Sep 8 2003)) with ESMTPS id <0IHS00AXJCEWW7@namems03v.scc-be.ndc.com> for WFinger@sugar-land.oilfield.slb.com; Wed, 08 Jun 2005 21:44:56 +0000 (GMT) |
| Received: | from nammta01.sugar-land.nam.slb.com (nammta01.sugar-land.nam.slb.com [163.188.150.130]) by nammms02.sugar-land.nam.slb.com (iPlanet Messaging Server 5.2 HotFix 1.21 (built Sep 8 2003)) with ESMTP id <0IHS00L34CEUIX@nammms02.sugar-land.nam.slb.com> for WFinger@sugar-land.oilfield.slb.com (ORCPT WFinger@sugar-land.oilfield.slb.com); Wed, 08 Jun 2005 21:44:54 +0000 (GMT) |

SLB-00944

# RE: Frac Hands

| | |
|---|---|
| **From:** | Robert Drummond <drummond@sugar-land.oilfield.slb.com> |
| **To:** | DWhite1498@aol.com |
| **CC:** | 'Wayne Finger' <WFinger@sugar-land.oilfield.slb.com> |
| **Subject:** | RE: Frac Hands |
| **Sent:** | Mon, 02 May 2005 09:26:28 -0500 |

Doug,

Thanks for the note. Wayne Finger the US Land Personnel Manager is getting to get with you soon. This has potential for us.

Thanks,
RD

**From:** DWhite1498@aol.com [mailto:DWhite1498@aol.com]
**Sent:** Monday, May 02, 2005 8:54 AM
**To:** drummond@sugar-land.oilfield.slb.com
**Cc:** bforet@houston.oilfield.slb.com
**Subject:** Frac Hands

It is interesting that Bobby mentioned your name to me Wednesday evening (while shooting a one under par over 13 holes before dark!). It was a pleasure talking to you at Old Orchard this weekend. I am very interested in talking to both you and your HR folks about getting some folks into the US Land operations.

We have access to "hundreds" of qualified oilfield hands, but primarily with drilling rig experience as well as heavy equipment operators and crane operators. We also have a host of rig mechanics and electricians.

These men are typically 20+ years in the industry, all have some type of safety training (STOP or similar), offshore sea survival (not too important to you), and a lot of work with US and European drilling contractors. I don't think a long day of rigging up a for a frac job and rigging down to move to the next location will be a problem for any of them.

These guys are scheduled for a 28/28 or 35/35 rotation. We may be able to adjust that. We will have to work on housing for them as the drilling contractors were working these guys out of camps. Initially, they won't be able to drive, but if we can work together, we can get several of these guys through driving class and testing for running trucks up and down the road if that is what you need or desire.

All will have a basic use of the English language, and most are fluent.

We have to look at the "prevailing wage" for the area, but so far, we have been able to save the drilling contractors money over their budgeted pay to rig hands. We should be able to do that for Schlumberger.

We are up against a little bit of a time constraint to make this happen by October. If I can provide

SLB-00959

Case 1:08-cv-01104-GBW-RLP   Document 146-3   Filed 10/19/09   Page 4 of 6

# Re: Fwd: Re: Philipine Contract

| From: | Christina Seckar <cseckar@denver.oilfield.slb.com> |
|---|---|
| To: | Jim Kirksey <kirksey1@houston.oilfield.slb.com> |
| CC: | Blue Blakey <blakey1@farmington.oilfield.slb.com>, Wayne Finger <WFinger@sugar-land.oilfield.slb.com> |
| Subject: | Re: Fwd: Re: Philipine Contract |
| Sent: | Tue, 13 Jun 2006 08:44:45 -0600 |

Jim,

Blue has confirmed that he would like to release all of the Rigstaff operators. We should proceed with ending the agreement as soon as possible.

Thanks very much for your help.

Regards,
Chris

At 07:42 PM 6/12/2006, you wrote:

> Christina,
> I have spoken to Rigstaff and passed to them we were wanting to end the agreement. They asked if Farmington wanted to keep any of the
> people. I thought I had passed that on but maybe not. I am back in Wednesday and will await your response.
> Thanks,
> Jk

>> At 07:22 PM 6/12/2006 -0600, you wrote:

>> Hi Jim,

>> Wayne, Blue and I are all in Scotsdale, AZ together this week and it reminded me that we haven't heard from you on this. It's
>> really important that we close this issue as soon as possible. Can you please let me know where we stand and/or what we need
>> to do to proceed?

>> Thanks so much for your help.

>> Regards,
>> Chris

>>> Date: Fri, 02 Jun 2006 14:54:14 -0600
>>> To: Jim Kirksey <kirksey1@houston.oilfield.slb.com>
>>> From: Christina Seckar <cseckar@denver.oilfield.slb.com>
>>> Subject: Fwd: Re: Philipine Contract
>>> Cc: Blue Blakey <blakey1@farmington.oilfield.slb.com>

>>> Hi Jim,

>>> I just realized that we still haven't heard anything back regarding this issue. Can you give us an update on where it
>>> stands?

>>> Thanks so much for your help.

>>> Regards,
>>> Chris

>>>> Date: Tue, 23 May 2006 13:25:08 -0600
>>>> To: Jim Kirksey <kirksey1@houston.oilfield.slb.com>
>>>> From: Christina Seckar <cseckar@denver.oilfield.slb.com>
>>>> Subject: Fwd: Re: Philipine Contract

>>>> Hi Jim,

>>>> I just wanted to follow up on this to see if you were able to run this issue by legal. Is there anything
>>>> else that you need from my side on this one?

>>>> Regards,
>>>> Chris

>>>>> Date: Thu, 18 May 2006 07:14:09 -0600
>>>>> From: Blue Blakey <blakey1@farmington.oilfield.slb.com>
>>>>> Subject: Re: Philipine Contract

SLB-00973

To: Christina Seckar <cseckar@denver.oilfield.slb.com>
Message-id: <7.0.1.0.2.20060518071332.03308d80@farmington.oilfield.slb.com>
Content-type: multipart/alternative;
  boundary="================ _151992253==.ALT"
Original-recipient: rfc822;cseckar@denver.oilfield.slb.com

There was 30 but 3 have since quit. They started in January 2006.
Thanks
Blue

> Blue,
>
> Jim Kirksey is going to run this by legal but we have two questions
> first...how many employees do we currently have through this agreement?
> How long have they been there?
>
> Thanks for your help.
>
> Regards,
> Chris
>
> At 12:11 PM 5/17/2006, you wrote:
>
>> Sorry it took a while. Conference call....Walter Bliss office 713
>> 554-4877 or cell 713 628-7830
>> Thanks
>> Blue
>>
>>> Blue,
>>>
>>> I'm happy to look into it but you don't have Walter's
>>> contact details by chance, do you?
>>>
>>> Regards,
>>> Chris
>>>
>>> At 09:43 AM 5/17/2006, you wrote:
>>>
>>>> Another one I inherited.....The long and
>>>> short (as I understand it) is that at the
>>>> start of 2006, we were in dire straits
>>>> with EO's. It was decided to bring in
>>>> about 30 Philipinos (currently scattered
>>>> all over the Rockies), to help with rig
>>>> up, maintenance etc. It was hoped that
>>>> we could get them drivers licences as
>>>> well, which proved impossible. They
>>>> have done an excellent job in filling the
>>>> gap but run about $215/day vs a DOT
>>>> local driver/EO at $140/day. Due to
>>>> their limited use, I am considering
>>>> letting them go as we get qualified EO's
>>>> in.
>>>> I believe Walter Bliss at Rig Staff is the
>>>> one we deal with and I can check with
>>>> him direct if you prefer. Just let me
>>>> know.
>>>> Thanks
>>>> Blue
>>>>
>>>>> Blue,
>>>>>
>>>>> This is the first that I have
>>>>> heard that there is a
>>>>> Philipino situation. Can
>>>>> you explain the
>>>>> background on this one a
>>>>> bit more so that I can try to
>>>>> find you what you need?
>>>>>
>>>>> Regards,
>>>>> Chris

SLB-00974

At 09:06 AM 5/17/2006,
you wrote:

Christina, I am
reviewing the
Philipino
situation and
feel we are
close to
starting to
phase them
out. I do not
have a copy of
the contract so
can you please
advise:

What is the
effective end
date?
Can we
"phase" them
out as they go
on days off?
Do we have
any other
contractual
obligation I
should be
aware of?

Many thanks
Blue

**Richard**
**'Blue' Blakey**
**Farmington,**
**New Mexico**
☎ - (505) 325
5096 ext 41

**Richard 'Blue' Blakey**
**Farmington, New Mexico**
☎ - (505) 325 5096 ext 41

**Richard 'Blue' Blakey**
**Farmington, New Mexico**
☎ - (505) 325 5096 ext 41

**Richard 'Blue' Blakey**
**Farmington, New Mexico**
☎ - (505) 325 5096 ext 41

**Jim Kirksey**
**Supply Chain Manager-USL**
**281-285-4930**
**304-545-2370 cell**
1325 South Dairy Ashford
Houston,Tx 77077

Return-path:  <cseckar@denver.oilfield.slb.com>

Received:  from pmxchannel-daemon.us085mbx01.slb.atosorigin-asp.com by us085mbx01.slb.atosorigin-asp.com (Sun Java System Messaging
Server 6.2-1 (built Feb 24 2005)) id <0J0S005DCZT9P200@us085mbx01.slb.atosorigin-asp.com>; Tue, 13 Jun 2006 14:48:45 +0000
(GMT)

Received:  from cseckar-ofs.denver.oilfield.slb.com ([163.188.104.40]) by us085mbx01.slb.atosorigin-asp.com (Sun Java System Messaging
Server 6.2-1 (built Feb 24 2005)) with ESMTPSA id <0J0S000Y4ZNIIHM1@us085mbx01.slb.atosorigin-asp.com>; Tue, 13 Jun 2006
14:45:23 +0000 (GMT)

SLB-00975