UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WELLEM MARCH PAULUS et al.

      Plaintiffs

v.                                        No. 1:08-CV-01104-GBW-RLP

RIGSTAFF TEXAS LLC et al.,

      Defendants

## ORDER

Considering the "Defendants' Unopposed Motion to File Documents and Court Filings Under Seal" (Doc. #195), it is ORDERED that:

1. In connection with the process by which this Court is to review for potential approval the resolution reached by all the parties except Defendant Douglas White ("Mr. White") — a resolution that disposes of this case in its entirety — this Court will accept for filing <u>under seal</u> a motion that contains the terms of resolution.

2. Mr. White is not to be permitted access to what is filed under seal because the filing under seal will not be redacted, and he is not to attempt to access a copy of what is filed under seal via the CM/ECF system. However, within 24 hours of the filing under seal, counsel for the "Schlumberger Defendants"

are to deliver to Mr. White's counsel, via e-mail, a complete copy of what was filed under seal, the only exception being that a sensitive term(s) may be redacted at the request of a party to the resolution (i.e., anyone but Mr. White) if it reasonably appears that such term(s) is not pertinent to the separate litigation between Mr. White and the RigStaff Defendants in Texas state court.

3. Counsel for the Schlumberger Defendants are to certify in writing to Mr. White's counsel that a true, correct and complete copy — less any reasonable redactions to a sensitive term(s) — of the filing under seal is being served on Mr. White's counsel.

4. Mr. White is ordered to keep strictly confidential the terms of resolution of this case. Moreover, Mr. White as well as the RigStaff Defendants are to treat the terms of resolution as strictly confidential in the litigation between them in Texas state court. So, for example, if any term of resolution needs to be referenced for some reason, or if the written resolution agreement needs to be used as an exhibit for some reason, then sufficient measures will be taken — such as filing under seal — to ensure confidentiality, with appropriate advance notice to the "Schlumberger Defendants" and the Plaintiffs in the event of any problems or issues with respect to maintaining or ensuring

        confidentiality in the Texas state court case.

    5.     The previously submitted "Motion for Leave to File Documents and Court Filings Under Seal" (Doc. #193), which was filed by all parties except Mr. White, is hereby stricken as moot.

IT IS SO ORDERED, this 26th day of April, 2010.

_____
UNITED STATES MAGISTRATE JUDGE